IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KENNETH W. ADAMS, et al. PLAINTIFFS

v. CIVIL ACTION NO. 3:67-cv-04156-TSL-MTP

RANKIN COUNTY
BOARD OF EDUCATION, et al. DEFENDANTS

**PEARL PUBLIC SCHOOL DISTRICT'S RESPONSE TO RANKIN COUNTY BOARD OF EDUCATION'S MOTION FOR DECLARATION OF UNITARY STATUS**

The Pearl Public School District does not oppose the Rankin County Board of Education's Motion for Declaration of Unitary Status, ECF Doc. 98, filed on August 2, 2024.

RESPECTFULLY SUBMITTED, this the 5th day of May 2025.

PEARL PUBLIC SCHOOL DISTRICT

By: */s/ Arthur F. Jernigan, Jr.*
ARTHUR F. JERNIGAN, JR. (MSB#3092)

OF COUNSEL:

ARTHUR F. JERNIGAN, JR. (MSB#3092)
JERNIGAN COPELAND ATTORNEYS, PLLC
970 Ebenezer Boulevard
Post Office Box 2249
Madison, Mississippi 39130
Telephone: 601-427-0021
Facsimile: 601-427-0051
Email: ajernigan@jcalawfirm.com
***Counsel for Pearl Public School District***

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this day filed a true and correct copy of the above document with the Clerk of Court using the CM/ECF system, which caused notice of the filing to be served on all registered counsel of record.

THIS, the 5th day of May 2025.

*/s/ Arthur F. Jernigan, Jr.*
ARTHUR F. JERNIGAN, JR. (MSB#3092)