UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KENNETH W. ADAMS, et al.                                                                PLAINTIFFS

V.                                               CIVIL ACTION NO. 3:67-CV-4156-KHJ-MTP

RANKIN COUNTY SCHOOL                                                             DEFENDANTS
DISTRICT, et al.

AMENDED ORDER

Before the Court are Defendant's [162] and Plaintiffs' [167] Motions for Non-Attorneys to Have Electronics in the Courtroom. The Court grants the motions in part and denies them in part. Only the following non-attorneys may bring electronic devices into the courthouse during the hearing set for September 16–18, 2025:

1. Dr. Jamilia Blake – laptop and mobile phone permitted

2. Jaime Dole – laptop and mobile phone permitted

3. Dr. Erica Frankenberg – laptop and mobile phone permitted

4. Alyson Jefferson – laptop and mobile phone permitted

5. Kaisha Oliver – laptop and mobile phone permitted

6. Superintendent Shane Sanders – mobile phone permitted

7. Assistant Superintendent Amanda Stocks – mobile phone permitted

Except as granted above, the motions are denied. Anyone not authorized by this Order to bring devices into the courthouse should coordinate with the individuals above to handle emergency communications. Attendees may also access their phones outside the courthouse during breaks. Mobile phones must be turned

2

off or in silent mode when in the courtroom. L.U. Civ. R. 83.4(b). Counsel should present a copy of this Order when entering the courthouse at the start of the hearing.

SO ORDERED, this 16th day of September, 2025.

s/ *Kristi H. Johnson*<br>UNITED STATES DISTRICT JUDGE