IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| KENNETH W. ADAMS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RANKIN COUNTY BOARD OF EDUCATION, et al.,<br><br>Defendants | Civil Action No. 3:67-CV-04156-KHJ-MTP |

**JOINT MOTION FOR EXTENSION OF POST-HEARING FILING DEADLINE**

Plaintiffs and the Rankin County School District ("the Parties") respectfully move this Court for an extension of the post-hearing briefing deadlines in this matter and, in support, state the following:

1. The Parties appeared before this Court for a hearing on the District's Motion for Declaration of Unitary Status, ECF 98, that concluded on September 18, 2025.

2. On September 19, 2025, this Court issued a text-only order directing the Parties to submit proposed findings of fact and conclusions of law no later than 21 days after completion of the hearing transcripts.

3. The last of the hearing transcripts was filed on October 21, 2025.

4. The Parties' proposed findings of fact and conclusions of law must therefore be submitted no later than November 12, 2025.

5. The Parties respectfully jointly request that this Court extend the filing deadline by one week, to November 19, 2025.

6. Good cause exists for this request. The Parties have worked diligently to review the hearing transcripts and prepare findings of fact and conclusions of law, but need additional time to complete the submissions in light of the volume of the record and attorneys' other work obligations.

7. No party would be prejudiced by this request. The United States does not oppose this motion.

Because this motion is simple and straightforward, Plaintiffs further request the requirement of a supporting memorandum be waived.

Respectfully submitted this 7th day of November 2025.

<u>/s/John S. Hook</u>
John S. Hooks
MS Bar No. 99175
Deborah Challener
MS Bar No. 106769
ADAMS AND REESE LLP
1018 Highland Colony Pkwy., Suite 800
Ridgeland, MS 39157
Telephone: 601.353.3234
Facsimile: 601.355.9708
E-mail: John.Hooks@arlaw.com
Deborah.Challener@arlaw.com

Fred M. Harrell, Jr.
Harrell & Rester
306 E. Government Street
Brandon, MS 39042
Telephone: 601.825.7236
Facsimile: 601.825.7237
E-mail: fred@harrellrester.com

Benjamin E. Griffith
MS Bar No. 5026
Griffith Law Firm
P.O. Box 2248
Oxford, MS 38655

<u>/s/Amir Badat</u>
Amir Badat (Mississippi State Bar No. 106599)
Badat Legal
4264 E. Ridge Drive
Jackson, Mississippi 39211
Tel: 601-462-9592
amir.badat@gmail.com

<u>/s/Jennifer A. Holmes</u>
Jennifer A. Holmes*
Gabriel Diaz*
NAACP Legal Defense and Educational Fund, Inc.
700 14th Street NW, Suite 600
Washington, D.C. 20005
Tel: (202) 682-1300
jholmes@naacpldf.org
gdiaz@naacpldf.org

Ashley Burrell*
Katrina Feldkamp*
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor

Telephone: 662.238.7727
Facsimile: 662.493.4220
E-mail: ben@glawms.com

*Counsel for Rankin County
School District*

New York, New York 10006
Tel: (212) 965-2200
aburrell@naacpldf.org
kfeldkamp@naacpldf.org

*Counsel for Plaintiffs*
\* Admitted pro hac vice

## CERTIFICATE OF SERVICE

  I, Jennifer A. Holmes, certify that I have filed a true and correct copy of the above document with the Clerk of Court via the CM/ECF system, which caused notice of filing to be served on all registered counsel of record.

Dated: November 7, 2025.

*/s/Jennifer A. Holmes*
Jennifer A. Holmes*

*Counsel for Plaintiffs*
